IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL NO. 5:15-CV-39

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) |
| WALTER NEWTON FRANKLIN ESTES, a/k/a WALTER N. ESTES, and BRAD NEIL HYATT, | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the court upon a motion of the United States of America as plaintiff, pursuant to Rule 41, Federal Rules of Civil Procedure, to dismiss this action with prejudice. Based upon the representations of the United States, this matter has been settled and further litigation is no longer necessary.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice, with all parties paying their own costs and attorney's fees.

Signed: July 1, 2015

Richard L. Voorhees
United States District Judge